Kenneth D. WIVELL and Tina M. Wivell, Appellants

v.

WELLS FARGO BANK, N.A., doing business as Wells Fargo Home Mortgage and Kozeny & McCubbin, L.C., Appellees.

No. 13–2763.

United States Court of Appeals, Eighth Circuit.

July 15, 2014.

Gregory Warren Aleshire, Aleshire & Robb, Springfield, MO, Alicia Anne Campbell, John E. Campbell, Erich Vieth, Campbell Law, LLC, Saint Louis, MO, for Appellants.

Jennifer A. Donnelli, Bryan & Cave, Kansas City, MO, Eric D. Martin, Jonathan Barton Potts, Litigation Counsel, Bryan & Cave, Garry McCubbin, Kozeny & McCubbin, Saint Louis, MO, Patrick Murphy, Eric B. Wetzel, Kozeny & McCubbin, Fairway, KS, for Appellees.

### ORDER

Appellant's petition for rehearing by panel is granted. Further proceedings in this appeal will be held in abeyance pending the Missouri Supreme Court's resolution of *Watson v. Wells Fargo Home Mortgage, Inc. et al.*, SC–93769, and *Conway et al. v. Citimortgage, Inc. et al.*, SC–93951.